

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-08-00404-CR

## IN RE TERRANCE BRUNSON

_____

## Original Proceeding

_____

## MEMORANDUM  OPINION

_____

The petition for writ of mandamus is denied.


BILL VANCE
Justice

Before Chief Justice Gray,
      Justice Vance and
      Justice Reyna
      (Chief Justice Gray dissents.  A separate opinion will not issue.  He notes, however, that we should direct Brunson to the procedural deficiencies in his mandamus petition and if they are corrected then request a response.)
Petition denied
Opinion delivered and filed November 26, 2008
Do not publish
[OT06]